

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2014

No. 04-13-00510-CR

Juan **GARCIA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1531
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

    The Appellant's Motion for Extension of Time to File Pro se Brief is hereby GRANTED. The pro se brief is due April 11, 2014.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court